IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 99-40732
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DENNIS L. JOHNSON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:98-CR-94-1
--------------------
January 31, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Dennis L. Johnson pleaded guilty to one count of conspiracy to commit mail fraud, in violation of 18 U.S.C. § 371.  He was sentenced to 42 months' imprisonment, to be followed by a three-year term of supervised release.

On appeal, Johnson argues that the district court clearly erred at sentencing in assessing a two-level increase for obstruction of justice, pursuant to U.S.S.G. § 3C1.1, and a two-level increase for use of a special skill to facilitate the offense, pursuant to U.S.S.G. § 3B1.3.

We have reviewed the record and briefs submitted by the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

parties and find that there was reliable evidence in the presentence report to support the offense level increases for obstruction of justice and use of a special skill to facilitate the offense.  The district court did not clearly err in imposing these adjustments.  See United States v. Tello, 9 F.3d 1119, 1122-23 (5th Cir. 1993); United States v. Brown, 941 F.2d 1300, 1304 (5th Cir. 1991).

AFFIRMED.